UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW DOUGLAS HARNEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | Case No. 14-cv-01729-JD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

Pro se plaintiff Matthew Douglas Harney filed a complaint for Judicial Review of Decision of Commissioner of Social Security on April 15, 2014. *See* Dkt. No. 1. Defendant Carolyn W. Colvin, Commissioner of Social Security, filed a motion to dismiss on August 5, 2014. Dkt. No. 8. Mr. Hollin's response to Ms. Colvin's motion was due on August 19, 2014. Mr. Harney did not file a response.

Mr. Harney is ordered to show cause why the motion to dismiss should not be granted. Mr. Harney's response is due by Noon on September 24, 2014. Failure to respond this order may result in the motion being granted, and the action being dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 3, 2014

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW DOUGLAS HARNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No.  14-cv-01729-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mathew Douglas Harney
290 Divisadero Street
San Francisco, ca 94117

Dated: 9/4/2014

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            B *[signature: Lisa R. Clark]*
                                            LISA R. CLARK, Deputy Clerk to the
                                            Honorable JAMES DONATO